ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :   **UNSEALING ORDER**
                                 :
MAURICE MCDOWALL,                :   07 Cr. 1054
ANDREA MOORE,                    :
ALEKSANDER LIPKIN, a/k/a "Alex," :
MARINA DUBIN,                    :   Patterson, J.
KERRI CLARKE, and                :
MICHAEL IRVING,                  :
                                 :
        Defendants.              :

- - - - - - - - - - - - - - - - - x

WHEREAS, the above-captioned Indictment was returned on November 19, 2007 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

IT IS HEREBY ORDERED, that, the Indictment docketed as 07 Cr. 1054 be unsealed.

Dated:  New York, New York
        December 3, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

FRANK MAAS
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 03 2007