**LARUSSO & CONWAY**
**ATTORNEYS AT LAW**
**300 OLD COUNTRY ROAD**
**SUITE 341**
**MINEOLA, NEW YORK  11501**
Telephone No. (516) 248-3520
Fax No. (516) 248-3522

January 17, 2008

Hon. Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 110007

        Re: United States v. Maurice McDowall
            Magistrate Docket No. CR-07-1054(RPP)

Dear Judge Patterson:

        This letter is submitted to advise the Court that
the law firm of LaRusso and Conway LLP., has been retained
by Mr. McDowall as counsel in connection with the above-
captioned case.  Please accept this letter as our notice of
appearance in this matter.

                            Sincerely,


                            _____
                            Joseph R. Conway, Esq.

cc: AUSA Katherine Rachel Goldstein