**LARUSSO & CONWAY**
**ATTORNEYS AT LAW**
**300 OLD COUNTRY ROAD**
**SUITE 341**
**MINEOLA, NEW YORK 11501**
Telephone No. (516) 248-3520
Fax No. (516) 248-3522

May 5, 2008

Hon. Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 110007

      Re: United States v. Maurice McDowall
          <u>Magistrate Docket No. CR-07-1054(RPP)</u>

Dear Judge Patterson:

      This letter is respectfully submitted to request that the above mentioned status conference currently scheduled for Monday May 5, 2008 be rescheduled to Wednesday May 7, 2008 at 5:00 p.m.

                                                Sincerely,

                                        _____
                                        Joseph R. Conway, Esq.

cc: AUSA Katherine Rachel Goldstein