```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                     - against -

MAURICE MCDOWALL, et al.,

                               Defendants.
------------------------------------------------------------X

07 Cr. 1054 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

       In view of the trial date of June 18, 2008 at 9:30 a.m., Rule 404(b) applications will be filed by May 28, 2008, and Voir Dire Requests and Requests to Charge will be filed by June 9, 2008.

       IT IS SO ORDERED.

Dated: New York, New York
          May 8, 2008

                                                     Robert P. Patterson, Jr.
                                                            U.S.D.J.

*Copies of this Order emailed to:*

Katherine Goldstein, A.U.S.A.
Katherine.goldstein@usdoj.gov

*Attorneys for Defendants*

*Def. Maurice McDowall*
By:    Joseph R. Conway, Esq.
jconway@larussoandconway.com

*Def. Aleksander Lipkin*
By:    Murray Richman, Esq.
mrichman_mr@msn.com

*Def. Marina Dubin*
By:   James R. Froccari

*Def. Kerri Clarke*
By:   Vinoo P. Varghese, Esq.
vpv@vargheselaw.com

*Def. Michael Irving*
By:   Christopher E. Chang
cechang@juno.com

*Def. Andrea Moore*
By:   John L. Sampson, Esq.
elitesq@aol.com