USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

**LARUSSO & CONWAY**
**ATTORNEYS AT LAW**
**300 OLD COUNTRY ROAD**
**SUITE 341**
**MINEOLA, NEW YORK 11501**
Telephone No. (516) 248-3520
Fax No. (516) 248-3522



RECEIVED
MAY 3 0 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

May 30, 2008

Hon. Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 110007

**MEMO ENDORSE**

       Re: United States v. Maurice McDowall
         ~~Magistrate~~ Docket No. CR-07-1054(RPP)

Dear Judge Patterson:

       This letter is respectfully submitted to request
that Your Honor so order the Metropolitan Correctional
Center to provide the defendant Maurice McDowall with the
necessary prostate medications for his medical condition.
He has been without medications for weeks now and his
condition is worsening.

       Thank you for your attention to this matter.

                        Sincerely,

                        Joseph A. Conway, Esq.

*So ordered*

So Ordered

*May 30/2008*