**LARUSSO & CONWAY**
**ATTORNEYS AT LAW**
**300 OLD COUNTRY ROAD**
**SUITE 341**
**MINEOLA, NEW YORK 11501**
Telephone No. (516) 248-3520
Fax No. (516) 248-3522

RECEIVED
AUG 21 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

May 30, 2008

BY FACSIMILE (212) 805-7917
Hon. Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 110007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

**MEMO ENDORSED**

Re: United States v. Maurice McDowall
    Magistrate Docket No. CR-07-1054(RPP)

Dear Judge Patterson:

This letter is respectfully submitted to request an adjournment of the sentencing of Maurice McDowall which is currently scheduled for September 9, 2008. We ask for an adjournment because we are awaiting letters from the defendant's friends and family that we would like to encompass as part of our sentencing memorandum. We ask for a date some time in middle October that is convenient with the Court. We have spoken to Assistant United States Attorney Katherine Goldstein and she consents to this adjournment.

Thank you for your attention to this matter.

*Application Denied as premature. The MCC and MDC are overcrowded. Letters should be forthcoming before 9/9/08. So ordered.*
*[signature] USDJ*
*8/21/08*

Sincerely,

[signature]
Joseph R. Conway, Esq.

_____
So Ordered

Case:       United States v. McDowall, et al.
Index No.   07 Cr. 1054 (RPP)

## MEMO ENDORSEMENT READS:

*Application denied as premature. The MDC and MCC are overcrowded. Letters should be forthcoming before 9/9/08.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 8/21/08*