**LARUSSO & CONWAY**
**ATTORNEYS AT LAW**
**300 OLD COUNTRY ROAD**
**SUITE 341**
**MINEOLA, NEW YORK 11501**
Telephone No. (516) 248-3520
Fax No. (516) 248-3522

August 28, 2008

BY FACSIMILE (212) 805-7917
Hon. Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 110007

       Re: United States v. Maurice McDowall
           Magistrate Docket No. CR-07-1054(RPP)

Dear Judge Patterson:

      This letter is respectfully submitted to request an adjournment of the sentencing of Maurice McDowall which is currently scheduled for September 9, 2008. We asked for an adjournment because we are awaiting letters from the defendant's friends and family that we would like to encompass as part of our sentencing memorandum. We understand the Court had denied such request as premature however in addition to the letters we would like to present, Mr. McDowall's family would like to be present for the sentencing and because it is scheduled for the first week back to school, it is difficult for them to travel from Atlanta and St. Vincent in order to attend. Additionally, based upon our scheduling during the summer months, we also need an opportunity to review the pre sentence report with Mr. McDowall. For all of these reasons we ask for an adjournment of 30 days to adequately prepare. We have spoken to Assistant United States Attorney Katherine Goldstein and she consents to this adjournment.

      Thank you for your attention to this matter.

                                    Sincerely,

                                    Joseph R. Conway, Esq.

_____
So Ordered